# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARCO ANTONIO PINEDA-ORELLANA,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION CENTER, et al.,

Respondents.

Case No. 1:26-cv-05953-KES-EPG-HC

ORDER REGARDING PETITIONER'S REQUEST FOR STATUS

(ECF No. 5)

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 18, 2026, Petitioner filed the instant request inquiring about the status of his petition. (ECF No. 5.) The Court is aware that the petition has been pending and that Petitioner is waiting for the Court to rule. The Court does not have an estimate for that ruling but will do so as promptly as possible given the hundreds of habeas petitions pending before the Court. The Court notes that it generally is unable to respond in writing to individual inquiries regarding the status of the case.

IT IS SO ORDERED.

Dated: **September 23, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE